UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LE-VEL BRANDS, LLC,

        Plaintiff,

    v.

JENAVIE CAHILIG,

        Defendant.

Case No. 26-cv-04135-AGT

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Cahilig v. Le-Vel Brands, LLC*, No. 25-cv-05051-JD.

**IT IS SO ORDERED.**

Dated: May 14, 2026

_____
ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California